UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DAVID P. CARRERE** | **CIVIL ACTION NO. 16-0591** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **STEVE MAY, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims against the Caldwell Correctional Center, Caldwell Parish Sheriff Steve May, Warden David Callender, Sgt. Curtis, GEO and the Louisiana Department of Corrections are **DISMISSED WITH PREJUDICE**. Plaintiff's other claims remain pending.

**MONROE, LOUISIANA**, this 14th day of November, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE