UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| DAVID P. CARRERE | CIVIL ACTION NO. 16-0591 |
|---|---|
| VERSUS | JUDGE ROBERT G. JAMES |
| STEVE MAY, ET AL. | MAG. JUDGE KAREN L. HAYES |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 27], noting the absence of objections to the Report and Recommendation, and determining that the findings are correct under the applicable law, and given Plaintiff's failure to update his address for a period of more than thirty days,

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant Teressa Corley's Motion for Summary Judgment [Doc. No. 16] is **GRANTED**, and that Plaintiff's claims against her are **DISMISSED WITHOUT PREJUDICE** for his failure to exhaust administrative remedies and for the additional basis of failure to prosecute.

**MONROE, LOUISIANA**, this 1st day of August, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE